AO 450 (SCD 11/2011) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

Frank Wilson;
*Plaintiff*
v.
CSX Transportation Inc; John Doe 1, *individually and as an employee/agent of CSX Transportation Inc, CSX Corporation and CSX Railroad*; John Doe 02, *individually and as an employee/agent of CSX Transportation Inc, CSX Corporation and CSX Railroad*,
*Defendant*

Civil Action No. 4:25-cv-00196-JD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _________ recover from the defendant *(name)* _________ the amount of ________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* __________________.

✔ other: This case is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury with Judge _______________ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____________ without a jury and the above decision was reached.

✔ decided by the Honorable Joseph Dawson, III, United States District Judge.

Date: October 16, 2026

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Gibbons

*Signature of Deputy Clerk*